STEPHEN KENT ROSE (SBN 77941)
Attorney at Law
Post Office Box 29393
San Francisco, California 94129
Telephone: (415) 332-6000
Email: stephenkentrose@gmail.com
Attorney for Plaintiff KARLA INCHINGALO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**KARLA INCHINGALO,**

Plaintiff,

v.

SOLANO COUNTY, et al.,

Defendants.

**Case No. 2:26-cv-02023-CKD**

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE LIMITED SUR-REPLY**

The Court has considered Plaintiff's Motion for Administrative Relief. Good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff’s Motion for Administrative Relief is GRANTED in part.

2. Within one (1) court day of this Order, Plaintiff may separately file on the docket the Sur-Reply submitted as Exhibit A to the administrative motion.

3. Defendants Taylor and Wood may optionally file a response to Plaintiff’s Sur-Reply no later than seven (7) days from its filing date.

4. On the Court’s own motion, the hearing set for August 19, 2026, is VACATED and RE-SET to September 9, 2026.

/////

/////

IT IS SO ORDERED.

Dated: August 12, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE